1  JASON K. SINGLETON, State Bar # 166170
   jason@singletonlawgroup.com
2  SINGLETON LAW GROUP
   611 "L" Street, Suite "A"
3  Eureka, CA 95501
   (707) 441-1177
4  FAX:  441-1533

5  Attorney for Plaintiff, RANDY KIYABU

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RANDY KIYABU, | Case No. SACV 10-1757 JST (RNBx) |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| GEORGE GARCIA INCORPORATED, California corporation, dba SPIRES RESTAURANT, MARJORIE V. SUTTON, TRUSTEE, and DOES ONE T TEN, inclusive, | |
| Defendants. | |
| JEFF HIPSHAMN, Trustee for the Lawrence G and Marjorie Sutton Trust, | |
| Cross-complainant, | |
| vs. | |
| SPIRES RESTAURANTS, INC., | |
| Cross-Defendant. | |

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.  The action <u>Kiyabu vs. Garcia, et al.</u>, and related cross-complaint, Case

Order of Dismissal with Prejudice        -1-        SACV 10-1757 JST (RNBx)

Number SACV 10-1757 JST (RNBx), is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: July 12, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE